# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**OLAJUWON SMITH**                                                                **PLAINTIFF**

**v.**                           **Case No. 2:20-cv-00104 KGB/JTR**

**LAY, Warden, East Arkansas**
**Regional Unit, ADC,** *et al.*                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 11). The time for filing objections has passed, and no objections have been filed. After review of the Partial Recommended Disposition, this Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Plaintiff Olajuwon Smith may proceed with his claims against Warden Lay, Chief of Security Major Randall, Major Dean, Disciplinary Judge Keith L. Waddle, and ADC Director Dexter Payne, in their individual capacities. The Court dismisses with prejudice Mr. Smith's official-capacity claims against these defendants and his claim against the Arkansas Department of Correction.

The Clerk is directed to prepare a summons for Mr. Lay, Mr. Randall, Mr. Dean, Mr. Waddle, and Mr. Payne. The United States Marshal is directed to serve the summons and the substituted complaint (Dkt. No. 9), and this Order, on these defendants through the Arkansas

Department of Corrections Compliance Division without prepayment of fees and costs or security therefor.[1]

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this 1st day of February, 2021.

                                              _____
                                              Kristine G. Baker
                                              United States District Judge

---

[1] If any defendant is no longer employed by the Arkansas Department of Corrections, the individual responding to service must file a sealed statement providing the unserved defendant's last known private mailing address.