**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**OLAJUWON SMITH**                                                                    **PLAINTIFF**

**v.**                              **Case No. 2:20-cv-00104 KGB/JTR**

**LAY, Warden, East Arkansas
Regional Unit, ADC,** *et al.*                                         **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 32).  Plaintiff Olajuwon Smith has not filed objections to the Recommended Disposition, and the time for filing objections has passed.  After careful review of the Recommended Disposition, this Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id*.).  The Court grants Warden Gaylon Lay, Major Kenyon Randall, Major Jeffery Dean, Disciplinary Judge Keith Waddle, and Arkansas Division of Corrections Director Dexter Payne's (collectively "Defendants") motion for summary judgment (Dkt. No. 25) and dismisses without prejudice Mr. Smith's claims against these Defendants.  The relief Mr. Smith seeks is denied (Dkt. Nos. 1; 5; 9).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

Also before the Court is Defendants' motion for withdrawal and substitution of counsel (Dkt. No. 34).  Defendants seek to withdraw Reid Adkins as counsel and substitute Assistant Attorney General Rosalyn Middleton as counsel of record for Defendants in this case.  For good cause shown, the Court grants Defendants' motion.  The Court directs the Clerk of the Court to terminate Mr. Adkins and substitute Ms. Middleton as counsel of record for the defendants.

It is so ordered this 18th day of August, 2022.

Kristine G. Baker
United States District Judge