# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**OLAJUWON SMITH**                                                                                          **PLAINTIFF**

v.                                        Case No. 2:20-cv-00104 KGB

**LAY, Warden, East Arkansas
Regional Unit, ADC,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Olajuwon Smith's complaint, amended complaint, and substituted complaint are dismissed without prejudice (Dkt. Nos. 1; 5; 9). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged, this 18th day of August, 2022.

_____
Kristine G. Baker
United States District Judge